# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133732

IN RE ESTATE OF ARLENE PHYLLIS
KLAGER,

_____/

RANDY KLAGER, Personal Representative of
the Estate of ARLENE PHYLLIS KLAGER,
      Petitioner-Appellee,

v

GENE KLAGER,
      Respondent-Appellant.

SC: 133732
COA: 273663
Washtenaw CC: 02-000136-DE

_____/

On order of the Court, the application for leave to appeal the January 18, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007

Clerk

d0618